IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROBERT LEE CRAWFORD, Defendant. | CR 19–01–BU–DLC ORDER |

The United States having filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 49), which is supported by good cause,

IT IS ORDERED that the Motion (Doc. 49) is GRANTED and the forfeiture action in this case is DISMISSED.

DATED this **31st** day of July, 2019.

Dana L. Christensen, Chief Judge
United States District Court