**FILED**

FEB 0 3 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 19-01-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT LEE CRAWFORD, | |
| Defendant. | |

Defendant Crawford, acting without the assistance of his attorney, has contacted the court reporter in an attempt to persuade her to alter a transcript. If the transcript is incomplete or erroneous, counsel has means to say so. *See* Fed. R. App. P. 10(e). Defendant's letter to the court reporter is not appropriate.

Accordingly, IT IS ORDERED that the court reporter may discard and disregard any correspondence received from Defendant Crawford.

DATED this 3rd day of February, 2020.

Dana L. Christensen, Chief Judge
United States District Court