IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–1–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ROBERT LEE CRAWFORD, | |
| Defendant. | |

Defendant Robert Lee Crawford is no longer in custody. (Doc. 125 at 2.)

Accordingly, IT IS ORDERED that Defendant's pro se motion for sentence

reduction (Doc. 119) is DISMISSED as MOOT.

DATED this 22nd day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court